**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────

**UNITED STATES OF AMERICA**

      **- against -**                                   02cr395 (JGK)

**AHMED ABDEL SATTAR,**                           <u>**ORDER**</u>

               **Defendant.**
─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The Government should respond to the motion for compassionate release by May 29, 2020. The defendant may reply by June 9, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **May 14, 2020**                            /s/ John G. Koeltl
                                                      **John G. Koeltl**
                                        **United States District Judge**