# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                          **NOTICE OF APPEARANCE**

    v.

                                                  DKT. NO. 02 CR 395  (JGK)

**AHMED ABDEL SATTAR,**

                                Defendant.

-----------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that the undersigned has been retained by and does hereby enter a Notice of Appearance on behalf of the defendant AHMED ABDEL SATTAR .  I was admitted to practice in this District in  February,  1991.

                                              Yours, etc.

*Geoffrey S. Stewart*

_____
**GEOFFREY ST. ANDREW STEWART**
**Attorney at  Law**
**145 Avenue of the Americas, 7th Fl.**
**New York, New York  10013**
**212.625.9696**
**718.374.6094  (fax)**
**gstewart.defender@gmail.com**

Dated: May 25,  2022
      New York, New York