```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――

UNITED STATES OF AMERICA

       - against -                      02 Cr. 395 (JGK)

AHMED ABDEL SATTAR,                ORDER
              Defendant.

―――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The defense submission is due on **June 10, 2022,** and the Government submission is due on **June 17, 2022.**

    The parties should appear for another teleconference on **June 28, 2022,** at **11:30 a.m.**

SO ORDERED.

Dated: May 25, 2022
       New York, New York

                                         */s/ John G. Koeltl*
                                         John G. Koeltl
                                   United States District Judge