UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                        02-cr-395 (JGK)

AHMED ABDEL SATTAR,               ORDER
               Defendant.

---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record on June 28, 2022, after hearing from the parties and having considered the submissions, the Court modified the conditions of supervised release to include the conditions sought in the Petition of the Probation Department dated May 4, 2022, with the following modifications:

    1.   The first condition should be modified by adding the words "assessment and" so that the first sentence reads "The defendant shall participate in a mental health assessment and treatment program approved by the U.S. Probation Office."

    2.   The final condition on page 3 should include a knowledge element so that it would read as follows: "The defendant shall not associate in person, through mail, electronic mail or telephone with any individual the defendant knows to have an affiliation to any organized crime groups, gangs or any other criminal enterprise, including organizations which advocate terrorism; nor shall the defendant frequent any establishment, or other locale where the defendant knows these

1

groups may meet pursuant, but not limited to, a prohibition list provided by the U.S. Probation Department. This condition shall not apply to houses of worship, but is without prejudice to site-specific prohibitions ordered upon application for appropriate modification."

3. The hours of curfew in the second condition on page 4 should be changed to "11:00 p.m. to 5:00 a.m."

The parties are urged to cooperate in resolving any disputes with respect to the conditions of supervised release, but the Court is available to hear any disputes.

**SO ORDERED.**

Dated:   New York, New York
         June 29, 2022

_____
John G. Koeltl
United States District Judge